UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

HUDSON TREVISAN,
RODNEY BROCK, and
All Others Similarly Situated,

     Plaintiffs,

v.

SOMERSET PHASE IV & PHASE V, LLC,

     Defendant.
_____/

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, Somerset Phase IV & Phase V, LLC ("Defendant"), in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files its Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court remove this action filed by the Plaintiffs, Hudson Trevisan, Rodney Brock, and all others similarly situated under 29 U.S.C. § 216(b) (collectively, "Plaintiffs"), from the Seventeenth Judicial Circuit Court in and for Broward County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1. On or about August 30, 2019, Plaintiffs filed a civil action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, styled as *Hudson Trevisan, et al. v. Somerset Phase IV & Phase V, LLC,* (hereinafter the "Circuit Court case") asserting a violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") for unpaid overtime wages (Count I). The Circuit Court case was assigned Case No. CACE-19-018179 (02).

2. On September 9, 2019, Plaintiff served Defendant with a Summons and the Complaint. *See* Exhibit "1." Therefore, this Notice has been filed within 30 days after service of the Complaint pursuant to 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served on Defendant is attached to this Notice as Exhibit "1," as required by 28 U.S.C. § 1446(a).

4. Pursuant to 28 U.S.C. § 1446(d), Defendant provided written notice of the removal to all adverse parties in this action by filing a copy of this Notice in the Circuit Court in and for Broward County, Florida.

5. A removal is not proper unless "all defendants who have been properly joined and served … consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Defendant has complied with this requirement because Defendant is the only named Defendant and consents to removal and is filing this Notice of and Petition for Removal.

6. The District Court of the United States has original jurisdiction over this matter because it involves a controversy arising under the FLSA. *See* 28 U.S.C. § 1331.

7. The district embracing the place where such action is pending is the United States District Court for the Southern District of Florida. *See* 28 U.S.C. § 1441(a). Thus, removal is proper to this Court.

8. Defendant submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

WHEREFORE, Defendant, SOMERSET PHASE IV & PHASE V, LLC, respectfully requests this action be removed from the Circuit Court of the Seventeenth Judicial Circuit in and

for Broward County, Florida, to the United States District Court for the Southern District of Florida.

Dated: October 8, 2019

Respectfully submitted,

*/s/ Mendy Halberstam*
Mendy Halberstam, Esq.
Florida Bar No.: 68999
E-mail: *mendy.halberstam@jacksonlewis.com*
Leslie Lagomasino Baum, Esq.
Florida Bar No.: 1007655
E-mail: *leslie.baum@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7604
Facsimile:  (305) 373-4466

*Counsel for Defendant*

4832-9943-8760, v. 1